

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 29, 2019.**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-50979-CAG |
| | § | |
| CLYDE JONES and | § | |
| SANDRA SARRAN, | § | |
| | § | CHAPTER 7 |
| Debtors. | § | |

_____

| | | |
|---|---|---|
| NOLA LANELL JENKINS, TRUSTEE OF | § | |
| THE KATHRYN CHILRESS | § | |
| IRREVOCABLE TRUST, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADVERSARY NO. 18-05233-CAG |
| | § | |
| CLYDE JONES, | § | |
| | § | |
| Defendant. | § | |

**ORDER CORRECTING ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 48) PURSUANT TO FED. R. BANKR. P. 9024**

On this date came on to be considered the above-styled adversary proceeding and, in particular, the Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 48) (the "Order"). The Court, having reviewed the file and record in the case, finds that the Order

contains a clerical error and should be corrected upon the Court's own motion pursuant to Federal Rule of Bankruptcy Procedure 9024, in the following way:

The second to last paragraph of the Order shall be corrected to state, "The outstanding indebtedness owed by Defendant Clyde Jones to Plaintiff Nola Lanell Jenkins, Trustee of the Kathryn Childress Irrevocable Trust, comprised of compensatory damages in the sum of $625,000.00, costs in the sum of $30,000.00, and attorneys' fees in the sum of $250,000.00, all as established by the Agreed Order Granting Plaintiff's Application to Confirm Arbitration Award that was entered by the 166th Judicial District of Bexar County, Texas in cause number 2018CI07697 on September 25, 2018, are excepted from discharge pursuant to 11 U.S.C. § 523(a)(19)."

The effective date of the correction to the Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 48) shall be as of the date of original entry of the Court's order on April 24, 2019.

IT IS THEREFORE ORDERED that the Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 48) is CORRECTED in the following way:

The second to last paragraph of the Order shall be corrected to state, "The outstanding indebtedness owed by Defendant Clyde Jones to Plaintiff Nola Lanell Jenkins, Trustee of the Kathryn Childress Irrevocable Trust, comprised of compensatory damages in the sum of $625,000.00, costs in the sum of $30,000.00, and attorneys' fees in the sum of $250,000.00, all as established by the Agreed Order Granting Plaintiff's Application to Confirm Arbitration Award that was entered by the 166th Judicial District of Bexar County, Texas in cause number 2018CI07697 on September 25, 2018, are excepted from discharge pursuant to 11 U.S.C. § 523(a)(19)."

3

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause notice of the entry of this Order to be served on all parties in interest in this case.

# # #